IN THE UNITED STATES DISTICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SIMON L. LEIS, JR., SHERIFF OF HAMILTON COUNTY, OHIO | : : : | Case No. 1:06CV054 |
| Plaintiff, | : | Dlott, Judge |
| vs. | : | Merz, Magistrate |
| AMERICAN CIVIL LIBERTIES UNION OF OHIO FOUNDATION, INC., Et al | : : | CONDITIONAL ORDER OF DISMISSAL |
| Defendants | | |

This matter, having been settled, shall be immediately conditionally dismissed and shall be finally dismissed with prejudice 120 days after the entry of this order.  This matter may be reopened only to enforce terms of settlement agreement (attached) and jurisdiction is limited to that consistent *with Kokkonen v. Guardian Life Insurance of America,* 511 U.S. 375, 114 S.Ct. 1673 (1994) and *Caudill v. North American Media Corp.*, 200 F.3d 914 (6th Cir. 2000).

SO ORDERED.

August 24, 2006.

                                                        *s/ Michael R. Merz*
                                   Chief United States Magistrate Judge

Agreed:
s/Dave Stevenson
Trial Attorney for Plaintiff

s/Alphonse A. Gerhardstein
Trial Attorney for Defendant ACLU

s/Richard Ganulin
Trial Attorney for Intervenor Defendant City of Cincinnati